# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JACOB SYAGE, an individual; MICHAELA SYAGE, an individual; CYNTHIA HERNANDEZ; an individual; and DOES 1-5, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-01245-H-JLB<br><br>**ORDER GRANTING PLANTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 6.] |

　　　　On July 6, 2023, Plaintiff Primerica Life Insurance Company ("Plaintiff") filed a complaint against Defendants Jacob Syage, Michaela Syage, and Cynthia Hernandez ("Defendants"). (Doc. No. 1.) On February 5, 2024, Plaintiff filed a notice of voluntary dismissal of the entire action. (Doc. No. 6.)

　　　　Federal Rule of Civil Procedure 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

///
///
///

Because Defendants have not filed an answer or a motion for summary judgment in this case, the Court grants Plaintiff's motion and dismisses the action without prejudice. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: February 5, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT